UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Index Number: 7:19-cv-04900-KMK

Date Filed:

ATTORNEY(S) THE JAMES LAW FIRM PLLC  PH: (914) 358-6423
445 HAMILTON AVE. STE. 1102 WHITE PLAINS, NEW YORK 10601 | JACQUELINE M. JAMES

Court Date:

**Strike 3 Holdings, LLC**

*Plaintiff*

vs

**Douglas Draygoh**

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

**Lauren Spikes**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **8/7/2019**, at **12:53 PM** at **351 S 3RD AVE 3RD FL, MT VERNON, NY 10550**, Deponent served the within **Summon In a Civil Action ; First Amended Complaint for Copyright Infringement & Exhibit A** . On: **Douglas Draygoh**, **Defendant** therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male  **Color of skin**: Brown  **Color of hair**: Balding  **Age**: 45
**Height**: Over 6ft  **Weight**: Over 200 Lbs.  **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on August 8, 2019

Heather Mathe
NOTARY PUBLIC STATE OF NY
No. 01MA6388964; Qualitified in Westchester County
My Commission Expires March 18, 2023

Process Server, Please Sign
Lauren Spikes
Lic#
Job #: 1931821

Client's File No.:

*INTER COUNTY JUDICIAL SERVICES, LLC, 901 NORTH BROADWAY SUITE 18, NORTH WHITE PLAINS NY 10603 LICENSE # 1371771*