*JACQUELINE M. JAMES, ESQ.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMES@JACQUELINEJAMESLAW.COM |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

April 17, 2020

Douglas Draygoh
351 S. 3rd Avenue, Fl. 3
Mount Vernon, NY 10550

 ***Re: 7:19-cv-04900-KMK, Teleconference Hearing Scheduled for April 24, 2020 at 12:00 pm***

Dear Mr. Draygoh:

 The James Law Firm represents Plaintiff in the above captioned matter.

 Enclosed please find the following documents pertaining to this matter:

1. Order to Show Cause for Default Judgment
2. Notice of Telephone Conference
3. Notice of Teleconference Information

 Pursuant to the Notice of Teleconference Information, I have been instructed by the Court to inform you that there is a teleconference rescheduled for hearing on April 24, 2020 at 12:00 pm.

 To access the conference please call the following number:

<u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749 - <u>Access Code</u>:  7702195
Please enter the conference as a guest by pressing the pound sign (#).

 Upon receipt of this notice, please contact me to let me know whether you will or will not be able to attend this conference.

               Sincerely,

               By:  /s/ *Jacqueline M. James*
               Jacqueline M. James, Esq.
               The James Law Firm, PLLC
               T: 914-358-6423
               F: 914-358-6424
               E-mail: jjames@jacquelinejameslaw.com
               *Attorneys for Plaintiff*